1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 erick_guzman@fd.org

5 Attorneys for Manuel Jesus Torres

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE ROGER T. BENITEZ)**

11 UNITED STATES OF AMERICA,    )   Case No. 07cr3231-BEN
                                )
12          Plaintiff,           )
                                )
13 v.                            )   **JOINT MOTION TO CONTINUE**
                                )   **SENTENCING HEARING**
14 JOSE ANTONIO MARQUEZ,         )
                                )
15          Defendant.           )
   _____ )

16

17       Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick

18 L. Guzman, and Federal Defenders of San Diego, Inc., counsel for Jose Antonio Marquez, along with

19 Assistant United States Attorney Douglas Keehn, that the sentencing hearing set for January 28, 2008 at 9:00

20 a.m. be continued to **February 19, 2008, at 9:00 a.m.**

21                                    Respectfully submitted,

22 DATED:    January 25, 2008         */s/ Erick L. Guzman*
                                      **ERICK L. GUZMAN**
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Manuel Jesus Torres
24

25 DATED:    January 25, 2008         */s/ Douglas Keehn*
                                      **DOUGLAS KEEHN**
26                                    Assistant United States Attorney

27

28