UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07CR3231-BEN |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JOSE ANTONIO MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing Hearing has been electronically served this day upon:

> Douglas Keehn
> U.S. Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  January 25, 2008          /s/ Erick L. Guzman
                                  ERICK L. GUZMAN
                                  Federal Defenders
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  erick_guzman@fd.org